## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

UNITED STATES OF AMERICA

vs.                                                    Case No: 5:04cr62/MCR
                                                                  5:07cv230/MCR/MD

DUSTIN CRUMBLEY

_____/

_____ **O R D E R**

      The defendant has filed a notice of appeal (doc. 252) which this court construes as a  request for a certificate of appealability.[1]  Unless a certificate of appealability is issued, the defendant may not take an appeal from the final order denying Section 2255 relief.  See 28 U.S.C. 2253(c)(1)(B).  Because the defendant has not made a substantial showing of the denial of a constitutional right, see *United States v. Futch*, 518 F.3d 887 (11th Cir. 2008), and for the reasons set forth in this court's May 19, 2008 order (doc. 250) adopting and incorporating the Magistrate Judge's Report and Recommendation filed on April 17, 2008 (doc. 246) over defendant's objection (doc. 249), his request for a certificate of appealability is DENIED.  Defendant's motion for leave to proceed *in forma pauperis* (doc. 258) should also be denied as the court finds that the appeal is not taken in good faith and the defendant is not otherwise entitled to so proceed.  Fed.R.App.P. 24(a)(3).  Defendant shall pay the $455.00 filing fee within thirty days.

      DONE AND ORDERED this 4th day of August, 2008.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

_____

[1] *See Edwards v. United States*, 114 F.3d 1083 (11TH Cir. 1997) (district courts must treat notices of appeal in Section 2255 actions as applications for certificates of appealability).